Debra L. Spinelli, Esq., Bar No. 9695
DLS@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

Gregg LoCascio (*admitted pro hac vice*)
Justin Bova (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-389-5000
Fax: 202-389-5200
gregg.locascio@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*admitted pro hac vice*)
Andrew Walter (*admitted pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
Fax: 212-446-4900
ryan.kane@kirkland.com
andrew.walter@kirkland.com

*Counsel for Plaintiff Pacira Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>Defendant. | CASE NO.: 2:21-CV-02241-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT RESEARCH DEVELOPMENT FOUNDATION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira"), by and through its counsel of record, and Defendant Research Development Foundation ("RDF"), by and through its counsel, herby stipulate, pursuant to LR IA 6-1 and 6-2, to extend time for RDF to answer or otherwise respond to Pacira's

1

Complaint [ECF No. 1] by thirty (30) days, or up to or including February 16, 2022. Pacira's Complaint was filed on December 23, 2021 and served on December 27, 2021. Absent the extension, the current deadline for RDF to answer or otherwise respond to the Complaint is January 17, 2022.

The parties believe the litigation of this matter will be best served by extending the deadline for RDF to answer or otherwise respond to the Complaint by thirty (30) days so that RDF may have additional time to retain additional or different legal counsel for this matter and to respond to the allegations in the Complaint.

This is the first stipulation for an extension of time for Defendant to respond to the Complaint. This stipulation is filed in good faith and not intended to cause delay.

DATED this 4th day of January, 2022.

PISANELLI BICE PLLC

By: ___/s/ Debra L. Spinelli___
Debra L. Spinelli, Esq., Bar No. 9695
400 South 7th Street, Suite 30
Las Vegas, Nevada 89101

Gregg LoCascio, Esq.
Justin Bova, Esq.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Ryan Kane, Esq.
Andrew Walter, Esq.
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022

*Counsel for Plaintiff Pacira Pharmaceuticals, Inc.*

**IT IS SO ORDERED.**

DATED this 4th day of January, 2022.

ALLISON MACKENZIE

By: ___/s/ Karen A. Peterson___
Karen A. Peterson, Esq., Bar No. 366
402 N. Division Street
Carson City, NV 89703

*Attorneys for Defendant Research Development Foundation*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 5, 2022

CASE NO.: 2:21-CV-02241-RFB-DJA

2