| | |
|---|---|
| Debra L. Spinelli, Esq., Bar No. 9695<br>DLS@pisanellibice.com<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Tel: 702-214-2100<br>Fax: 702-214-2101 | Karen A. Peterson, Esq.,<br>Nevada State Bar No. 366<br>ALLISON MacKENZIE, LTD.<br>402 North Division Street<br>Carson City, Nevada 89703<br>(775) 687.0202<br>kpeterson@allisonmackenzie.com |
| Gregg LoCascio (pro hac vice admitted)<br>Justin Bova (pro hac vice admitted)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: 202-389-5000<br>Fax: 202-389-5200<br>gregg.locascio@kirkland.com<br>justin.bova@kirkland.com | Daniel S. Leventhal (admitted pro hac vice)<br>Jaime Stark (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100<br>(713) 651-5151<br>daniel.leventhal@nortonrosefulbright.com<br>jaime.stark@nortonrosefulbright.com |
| Ryan Kane (pro hac vice admitted)<br>Andrew Walter (pro hac vice admitted)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: 212-446-4800<br>Fax: 212-446-4900<br>ryan.kane@kirkland.com<br>andrew.walter@kirkland.com | James S. Renard (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>(214) 855-8000<br>james.renard@nortonrosefulbright.com<br><br>Zachary Wegmann (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255<br>(512) 474-5201<br>zachary.wegmann@nortonrosefulbright.com |
| *Counsel for Plaintiff*<br>*Pacira Pharmaceuticals, Inc.* | *Attorneys for Defendant*<br>*Research Development Foundation* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>Defendant. | CASE NO.: 2:21-cv-02241-RFB-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BRIEFING ON MOTION FOR RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Plaintiff" or "Pacira") and Defendant/Counter-claimant Research Development Foundation ("Defendant/Counter-claimant" or "RDF"), by and through their respective counsel, and subject to this Court's approval, agree to a briefing schedule on Defendant's Motion for Rule 12(c) Judgment on the Pleadings (ECF No. 41). This is the first request to set a briefing schedule on the subject motion.

1. Plaintiff Pacira filed its Complaint on December 23, 2022 (ECF No. 1);

2. Defendant/Counter-claimant RDF filed its Answer and Counterclaim on February 16, 2022 (ECF No. 18);

3. On April 29, 2022, Defendant/Counter-claimant RDF filed a Motion for Rule 12(c) Judgment on the Pleadings (the "Motion") (ECF No. 41);

4. To brief the issues and accommodate certain scheduling issues, the parties have agreed to the following briefing schedule on Defendant/Counter-claimant RDF's Motion:

   a. Plaintiff Pacira's response to the Motion shall be extended fourteen (14) days, from May 13, 2022 to May 27, 2022; and

   b. Defendant RDF's reply in support of the Motion shall be extended and due on or before June 10, 2022.

This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

DATED this 4th day of May, 2022.

PISANELLI BICE PLLC

By:   */s/ Debra L. Spinelli*
      Debra L. Spinelli, Esq., #9695
      400 South 7th Street, Suite 30
      Las Vegas, Nevada  89101

      Gregg LoCascio, Esq.
      Justin Bova, Esq.
      KIRKLAND & ELLIS LLP
      1301 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004

DATED this 4th day of May, 2022.

ALLISON MacKENZIE, LTD.

By:   */s/ Daniel S. Leventhal*
      Karen A. Peterson, Esq., Bar No. 366
      402 North Division Street
      Carson City, Nevada 89703

      Daniel S. Leventhal, Esq.
      Jaime Stark, Esq.
      NORTON ROSE FULBRIGHT US LLP
      1301 McKinney, Suite 5100

2

| | |
|---|---|
| Ryan Kane, Esq.<br>Andrew Walter, Esq.<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br><br>*Counsel for Plaintiff Pacira Pharmaceuticals, Inc.* | James S. Renard, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br><br>Zachary Wegmann, Esq.<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255<br><br>*Attorneys for Defendant Research Development Foundation* |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' above stipulation, that Plaintiff shall file its response to Defendant's Motion for Rule 12(c) Judgment on the Pleadings on or before May 27, 2022, and Defendant shall file its reply on or before June 10, 2022.

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 6th day of May, 2022.

CASE NO.: 2:21-CV-02241-RFB-DJA