| | |
|---|---|
| Debra L. Spinelli, Esq., Bar No. 9695<br>DLS@pisanellibice.com<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>Tel: 702-214-2100<br>Fax: 702-214-2101 | Karen A. Peterson, Esq.,<br>Nevada State Bar No. 366<br>ALLISON MacKENZIE, LTD.<br>402 North Division Street<br>Carson City, Nevada 89703<br>(775) 687-0202<br>kpeterson@allisonmackenzie.com |
| Gregg LoCascio (pro hac vice admitted)<br>Justin Bova (pro hac vice admitted)<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: 202-389-5000<br>Fax: 202-389-5200<br>gregg.locascio@kirkland.com<br>justin.bova@kirkland.com | Daniel S. Leventhal (admitted pro hac vice)<br>Jaime Stark (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>1301 McKinney, Suite 5100<br>(713) 651-5151<br>daniel.leventhal@nortonrosefulbright.com<br>jaime.stark@nortonrosefulbright.com |
| Ryan Kane (pro hac vice admitted)<br>Andrew Walter (pro hac vice admitted)<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: 212-446-4800<br>Fax: 212-446-4900<br>ryan.kane@kirkland.com<br>andrew.walter@kirkland.com | James S. Renard (admitted pro hac vice)<br>Brandy S. Nolan (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>(214) 855-8000<br>james.renard@nortonrosefulbright.com<br>brandy.nolan@nortonrosefulbright.com |
| *Counsel for Plaintiff*<br>*Pacira Pharmaceuticals, Inc.* | Talbot R. Hansum (admitted pro hac vice)<br>Zachary Wegmann (admitted pro hac vice)<br>NORTON ROSE FULBRIGHT US LLP<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255<br>(512) 474-5201<br>talbot.hansum@nortonrosefulbright.com<br>zachary.wegmann@nortonrosefulbright.com |
| | *Attorneys for Defendant*<br>*Research Development Foundation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>           Defendant. | CASE NO.: 2:21-cv-02241-CDS-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BRIEFING ON PLAINTIFF'S MOTION TO COMPEL DOCUMENT PRODUCTION BY RESEARCH DEVELOPMENT FOUNDATION**<br><br>**(FIRST REQUEST)** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Plaintiff" or "Pacira") and Defendant/Counter-claimant Research Development Foundation ("Defendant/Counter-claimant" or "RDF"), by and through their respective counsel, and subject to this Court's approval, agree to a briefing schedule on Plaintiff's Motion to Compel Document Production by Research Development Foundation (the "Motion") (ECF No. 61). This is the first request to set a briefing schedule on the subject motion.

1. Plaintiff Pacira filed its Motion on June 17, 2022 (ECF No. 61);
2. To brief the issues and accommodate certain scheduling issues, including the July 4 holiday, the parties have agreed to the following briefing schedule on Plaintiff's Motion:
    a. Defendant RDF's response to the Motion shall be extended from July 1, 2022 to July 6, 2022; and
    b. Plaintiff Pacira's reply in support of the Motion shall be extended and due on or before July 15, 2022.

This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

DATED this 29th day of June, 2022.

PISANELLI BICE PLLC

By:   /s/ Debra L. Spinelli
    Debra L. Spinelli, Esq., Bar No. 9695
    400 South 7th Street, Suite 30
    Las Vegas, Nevada  89101

    Gregg LoCascio, Esq.
    Justin Bova, Esq.
    KIRKLAND & ELLIS LLP
    1301 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004

    Ryan Kane, Esq.
    Andrew Walter, Esq.
    KIRKLAND & ELLIS LLP
    601 Lexington Avenue
    New York, New York 10022

*Counsel for Plaintiff Pacira Pharmaceuticals, Inc.*

DATED this 29th day of June, 2022.

NORTON ROSE FULBRIGHT US LLP

By:   /s/ Talbot R. Hansum
    Talbot R. Hansum, Esq.
    Zachary Wegmann, Esq.
    NORTON ROSE FULBRIGHT US LLP
    98 San Jacinto Boulevard, Suite 1100
    Austin, TX 78701-4255

    Karen A. Peterson, Esq., Bar No. 366
    ALLISON MacKENZIE, LTD.
    402 North Division Street
    Carson City, Nevada 89703

    Daniel S. Leventhal, Esq.
    Jaime Stark, Esq.
    NORTON ROSE FULBRIGHT US LLP
    1301 McKinney, Suite 5100

James S. Renard, Esq.
Brandy S. Nolan, Esq.
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

*Attorneys for Defendant Research Development Foundation*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' above stipulation, that Defendant shall file its response to Plaintiff's Motion to Compel Document Production on or before July 6, 2022, and Plaintiff shall file its reply on or before July 15, 2022.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 30, 2022

CASE NO.: 2:21-CV-02241-RFB-DJA