| | |
|---|---|
| Debra L. Spinelli, Esq., Bar No. 9695<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: (702) 214-2100<br>DLS@pisanellibice.com | Karen A. Peterson, Esq., Bar No. 366<br>**ALLISON MacKENZIE, LTD.**<br>402 North Division Street<br>Carson City, NV 89703<br>Telephone: (775) 687-0202<br>kpeterson@allisonmackenzie.com |
| Gregg LoCascio (*pro hac vice*)<br>Ronald K. Anguas, Jr. (*pro hac vice*)<br>Justin Bova (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>gregg.locascio@kirkland.com<br>justin.bova@kirkland.com | Daniel S. Leventhal, Esq. (*pro hac vice*)<br>Jaime Stark, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 McKenney, Suite 5100<br>Houston, TX 77010<br>Telephone: (713) 651-5151<br>daniel.leventhal@nortonrosefulbright.com<br>jamie.stark@nortonfulbright.com |
| Ryan Kane (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NV 10022<br>Telephone: (212) 446-4800<br>ryan.kane@kirkland.com | James S. Renard, Esq. (*pro hac vice*)<br>Brandy S. Nolan, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>Telephone: (214) 855-8000<br>james.renard@nortonfulbright.com<br>brandy.nolan@nortonfulbright.com |
| Andrew Walter (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>andrew.walter@kirkland.com | Talbot R. Hansum, Esq. (*pro hac vice*)<br>Zachary Wegmann, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 474-5201<br>talbot.hansum@nortonfulbright.com<br>zachary.wegmann@nortonfulbright.com |
| *Counsel for Plaintiff, Pacira*<br>*Pharmaceuticals, Inc.* | *Attorneys for Defendant,*<br>*Research Development Foundation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br>    Plaintiff,<br><br>    vs.<br><br>RESEARCH DEVELOPMENT<br>FOUNDATION,<br>    Defendant. | Case No. 2:21-cv-02241-CDS-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE: DEPOSITIONS**<br><br>**(THIRD REQUEST)** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") and Defendant Research Development Foundation ("RDF") (collectively, the "Parties"), by and through their respective counsel, and subject to this Court's approval, agree to modify the Court's March 30, 2022 Scheduling Order (ECF No. 39), September 12, 2022 Order for Extension of Time (ECF No. 75), and October 25, 2022 Order for Extension of Time (ECF No. 81) to extend certain discovery deadlines. This is the third request to modify the Scheduling Order.

The Parties seek to extend the discovery cutoff by thirteen (13) days for the sole purpose of taking the depositions of two expert witnesses, Mark Edwards and Ashley Stevens, and to serve final privilege logs as shown in the table below.

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery cutoff for all discovery *except* with respect to Expert Witness Depositions of Messrs. Edwards and Stevens | January 13, 2023 | Unchanged |
| Discovery cutoff with respect to Expert Witness Depositions of Messrs. Edwards and Stevens and Service of Final Privilege Logs | January 13, 2023 | January 26, 2023 |

This Stipulation is submitted within 21 days of the discovery cutoff. In compliance with LR IA 6-1 and LR 26-3, the Parties submit that good cause exists to extend this deadline. As set forth in more detail below, the Parties have been diligently working towards the discovery cutoff, completing document productions and completing depositions. Scheduling conflicts for witnesses and counsel have led the Parties to agree to take these two expert depositions on January 19 (Mr. Edwards) and January 26 (Mr. Stevens). The Parties are continuing to negotiate and complete e-mail productions by January 13 and the Parties agree to exchange final versions of their respective

privilege logs to include e-mails withheld or redacted for privilege in accordance with the governing ESI Order, ECF No. 51, by January 26. The Parties do not at this time propose extending any other deadlines.

The discovery period opened on March 10, 2022. Since then, the Parties have engaged in extensive document and written discovery. The Parties have collectively produced over 900,000 pages of documents. Pacira has responded to RDF's Interrogatories, Requests for Production, and Requests for Admissions and supplemented those responses. RDF has responded to Pacira's First Set of Interrogatories and Requests for Production, and to Pacira's Second Set of Requests for Production. The Parties have substantially completed their non-email document productions and exchanged amended privilege logs for such. The Parties also appeared before the Court on November 16, 2022 to resolve Pacira's motion to compel discovery, Pacira's motion to amend its complaint, and RDF's motion to stay discovery. Email discovery remains ongoing, and RDF's responses to Pacira's Second Set of Interrogatories and Requests for Admission are due to be served on January 13, 2023. The Parties have, collectively, taken seven depositions and expect to take seven more by January 13, 2023. In light of scheduling difficulties and conflicts for witnesses and counsel, the Parties have agreed, subject to the Court's approval, to schedule two additional depositions beyond the current January 13, 2023 discovery cutoff.

In view of the of the volume of discovery and the Parties' efforts related to same, the issues to be addressed, and the Parties' good faith efforts to continue to narrow disputes, good cause exists to extend the discovery cutoff by thirteen days for the sole purposes of taking the depositions of Mr. Edwards and Mr. Stevens and for the parties to serve final privilege logs.

This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

Respectfully submitted this 29th day of December, 2022.

|   |   |   |
|---|---|---|
| 1 |   | **ALLISON MacKENZIE, LTD.** |
| 2 | By: | */s/ Karen A. Peterson* <br> KAREN A. PETERSON, ESQ. <br> 402 North Division Street <br> Carson City, NV  89703 |

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX  77010-3095

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701-4255

Attorneys for Defendant,
RESEARCH DEVELOPMENT FOUNDATION

**PISANELLI BICE PLLC**

By:   */s/ Debra L. Spinelli*
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV  89101

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
JUSTIN BOVA, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY  10022

ANDREW WALTER, ESQ.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL  60654

Attorneys for Plaintiff,
PACIRA PHARMACEUTICALS, INC.


# ORDER

The foregoing Stipulation is GRANTED.  **IT IS HEREBY ORDERED** based on the Parties' foregoing Stipulation, the following modifications to the March 30, 2022 Scheduling Order, September 12, 2022 Order for Extension of Time, and October 25, 2022 Order for Extension of Time are hereby approved and the following discovery and pretrial deadlines extended for good cause shown:

| Description | Deadline |
| --- | --- |
| Discovery cutoff for all discovery *except* with respect to Expert Witness Depositions of Messrs. Edwards and Stevens and Service of Final Privilege Logs | January 13, 2023 |
| Discovery cutoff with respect to Expert Witness Depositions of Messrs. Edwards and Stevens and Service of Final Privilege Logs | January 26, 2023 |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 30, 2022

CASE NO. 2:21-cv-02241-CDS-DJA

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Pisanelli Bice PLLC, and that on this day, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses.

DATED this 29th day of December, 2022.

<div style="text-align:right">
<i>/s/ Kimberly Peets</i><br>
An employee of Pisanelli Bice PLLC
</div>