| | |
|---|---|
| Debra L. Spinelli, Esq., Bar No. 9695<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV  89101<br>Telephone: (702) 214-2100<br>DLS@pisanellibice.com | Karen A. Peterson, Esq., Bar No. 366<br>**ALLISON MacKENZIE, LTD.**<br>402 North Division Street<br>Carson City, NV  89703<br>Telephone: (775) 687-0202<br>kpeterson@allisonmackenzie.com |
| Gregg LoCascio (*pro hac vice*)<br>Ronald K. Anguas, Jr. (*pro hac vice*)<br>Justin Bova (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>gregg.locascio@kirkland.com<br>justin.bova@kirkland.com | Daniel S. Leventhal, Esq. (*pro hac vice*)<br>Jaime Stark, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 McKenney, Suite 5100<br>Houston, TX  77010<br>Telephone: (713) 651-5151<br>daniel.leventhal@nortonrosefulbright.com<br>jamie.stark@nortonfulbright.com |
| Ryan Kane (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NV  10022<br>Telephone: (212) 446-4800<br>ryan.kane@kirkland.com | James S. Renard, Esq. (*pro hac vice*)<br>Brandy S. Nolan, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX  75201<br>Telephone: (214) 855-8000<br>james.renard@nortonfulbright.com<br>brandy.nolan@nortonfulbright.com |
| Andrew Walter (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL  60654<br>Telephone: (312) 862-2000<br>andrew.walter@kirkland.com | Talbot R. Hansum, Esq. (*pro hac vice*)<br>Zachary Wegmann, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX  78701<br>Telephone: (512) 474-5201<br>talbot.hansum@nortonfulbright.com<br>zachary.wegmann@nortonfulbright.com |
| *Counsel for Plaintiff, Pacira Pharmaceuticals, Inc.* | *Attorneys for Defendant, Research Development Foundation* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br>    Plaintiff,<br><br>    vs.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br>    Defendant. | Case No. 2:21-cv-02241-CDS-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME RE: ANTHONY MOLLOY AND DR. MICHNIAK-KOHN DEPOSITIONS**<br><br>**(FOURTH REQUEST)** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") and Defendant Research Development Foundation ("RDF") (collectively, the "Parties"), by and through their respective counsel, and subject to this Court's approval, agree to modify the Court's March 30, 2022 Scheduling Order (ECF No. 39), September 12, 2022 Order for Extension of Time (ECF No. 75), October 25, 2022 Order for Extension of Time (ECF No. 81), and December 30, 2022 Order for Extension of Time (ECF No. 86) to extend the discovery deadlines. This is the fourth request to modify the Scheduling Order.

The Parties seek to extend the discovery cutoff by seventeen (17) days for the purpose of taking the deposition of one of Pacira's witnesses, Anthony Molloy, and one of RDF's expert witnesses, Dr. Bozena Michniak-Kohn, as shown in the table below.

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery cutoff for all discovery *except* with respect to Deposition of Anthony Molloy; Expert Witness Depositions of Messrs. Edwards and Stevens, and Dr. Michniak-Kohn; and Service of Final Privilege Logs[1] | January 13, 2023 | Unchanged |
| Discovery cutoff with respect to Depositions of Anthony Molloy and Dr. Michniak-Kohn | January 13, 2023 | January 30, 2023 |

This Stipulation is submitted within 21 days of the discovery cutoff. In compliance with LR IA 6-1 and LR 26-3, the Parties submit that good cause exists to extend this deadline. Mr.

---

[1] The Court has already granted an extension of the discovery cutoff to January 26, 2023 with respect to expert witness depositions of Messrs. Edwards and Stevens and service of final privilege logs. Dkt. 86 at 4.

- 1 -

1  Molloy's deposition was originally scheduled for January 5, 2023. On January 4, 2023, the day
2  before his deposition, Mr. Molloy tested positive for COVID-19. Dr. Michniak-Kohn's deposition
3  was originally scheduled for January 13, 2023, but Dr. Michiniak-Kohn was still recovering from
4  COVID-19 at the time. The Parties have agreed, subject to the Court's approval, to postpone Mr.
5  Molloy's deposition until January 20, 2023 and Dr. Michniak-Kohn's deposition until January 30,
6  2023. The Parties do not at this time propose extending any other deadlines. In view of Mr.
7  Molloy and Dr. Michniak-Kohn's illnesses, good cause exists to extend the discovery cutoff by
8  seventeen days for the purpose of taking their depositions.
9      This Stipulation is made in good faith, with good cause, and not for purposes of unduly
10 delaying discovery or trial.

12      Respectfully submitted this 12th day of January, 2023.

**ALLISON MacKENZIE, LTD.**

By: /s/ *Karen A. Peterson*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV  89703

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX  77010-3095

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701-4255

Attorneys for Defendant,
RESEARCH DEVELOPMENT FOUNDATION

**PISANELLI BICE PLLC**

By: /s/ *Debra L. Spinelli*
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV  89101

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
JUSTIN BOVA, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY  10022

ANDREW WALTER, ESQ.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL  60654

Attorneys for Plaintiff,
PACIRA PHARMACEUTICALS, INC.

## ORDER

The foregoing Stipulation is GRANTED. **IT IS HEREBY ORDERED** based on the Parties' foregoing Stipulation, the following modifications to the March 30, 2022 Scheduling Order, September 12, 2022 Order for Extension of Time, October 25, 2022 Order for Extension of Time, and December 30, 2022 Order for Extension of Time (ECF No. 86) are hereby approved and the following discovery and pretrial deadlines extended for good cause shown:

| Description | Deadline |
| --- | --- |
| Discovery cutoff for all discovery *except* with respect to Deposition of Anthony Molloy; Expert Witness Depositions of Messrs. Edwards and Stevens, and Dr. Michniak-Kohn; and Service of Final Privilege Logs[2] | January 13, 2023 |
| Discovery cutoff with respect to Depositions of Anthony Molloy and Dr. Michniak-Kohn | January 30, 2023 |

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __January 17, 2023__

CASE NO. 2:21-cv-02241-CDS-DJA

---

[2] The Court has already granted an extension of the discovery cutoff to January 26, 2023 with respect to expert witness depositions of Messrs. Edwards and Stevens and service of final privilege logs. Dkt. 86 at 4.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Pisanelli Bice PLLC, and that on this day, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses.

DATED this 12th day of January, 2023.

                                                   /s/ Cinda Towne
                                         An employee of Pisanelli Bice PLLC