Karen A. Peterson, Esq., Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
kpeterson@allisonmackenzie.com

Daniel S. Leventhal, Esq. (*pro hac vice*)
Jaime Stark, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKenney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
daniel.leventhal@nortonrosefulbright.com
jamie.stark@nortonfulbright.com

James S. Renard, Esq. (*pro hac vice*)
Brandy S. Nolan, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
james.renard@nortonfulbright.com
brandy.nolan@nortonfulbright.com

Talbot R. Hansum, Esq. (*pro hac vice*)
Zachary Wegmann, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
talbot.hansum@nortonfulbright.com
zachary.wegmann@nortonfulbright.com

Attorneys for Defendant, RESEARCH DEVELOPMENT FOUNDATION

Debra L. Spinelli, Esq., Bar No. 9695
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice*)
Ronald K. Anguas, Jr. (*pro hac vice*)
Justin Bova (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
gregg.locascio@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NV 10022
Telephone: (212) 446-4800
ryan.kane@kirkland.com

Andrew Walter (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
andrew.walter@kirkland.com

Counsel for Plaintiff, PACIRA PHARMACEUTICALS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>　　　　　　　Defendant. | Case No. 2:21-cv-02241-CDS-DJA<br><br>**JOINT MOTION TO AMEND PROTECTIVE ORDER** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira"), and Defendant/Counter-Claimant Research Development Foundation ("RDF") (collectively, the "Parties"), by and through their respective counsel, and subject to this Court's approval, submit the following Joint Motion to Amend Protective Order.

On May 4, 2022, the Court entered the Parties' Stipulated Protective Order, ECF No. 42, subject to certain modifications, including provisions governing the procedures for filing documents under seal with this Court. *See* ECF No. 44. The Court specifically ordered:

> If the sole ground for a motion to seal is that the opposing party (or non-party) has designated a document as confidential, the designator shall file (within seven days of the filing of the motion to seal) either (1) a declaration establishing sufficient justification for sealing each document at issue or (2) a notice of withdrawal of the designation(s) and consent to unsealing.

ECF No. 44 at 3:15-21. The Parties respectfully move the Court to amend this provision of the Protective Order as detailed below.

The Parties are currently briefing Pacira's Motion to Reopen Discovery, ECF No. 91, with briefing scheduled to be completed on March 14, 2023. *See* L.R. 7-2(b). In addition, the Parties' dispositive motions are due on March 6, 2023, with briefing scheduled to be completed on April 10, 2023. *See id.*; ECF No. 90 at 3. The parties anticipate that the forthcoming briefing on these motions will contain material designated as Confidential or Highly Confidential by the opposing party, requiring multiple declarations pursuant to the operative Protective Order. To limit the number of declarations submitted and consolidate the Parties' justifications for seeking to file materials under seal, the Parties propose adding the following provision to the aforementioned paragraph of the Operative Protective Order:

> Notwithstanding the foregoing, if the filing proposed to be sealed is a motion or brief or exhibit thereto, the Parties shall, within fourteen days of completion of briefing on the underlying motion, file a joint submission (1) identifying the information to be sealed, accompanied by sufficient justification for sealing each document at issue, or (2) a notice of withdrawal of the designation(s) and consent to unsealing. The Parties' will meet and confer in preparing their joint submission. The joint submission will include a proposed public version of the sealed documents redacting only the information that the parties seek to maintain under seal. For the avoidance of doubt, the Parties shall

1

file any required submissions relating to briefing on Pacira's Motion to Reopen Discovery by March 28, 2023, and any required submissions relating to briefing on the Parties' dispositive motions by April 24, 2023.

This Court has the authority to modify or lift protective orders that it has entered. *See Oracle USA, Inc. v. Rimini St., Inc.*, 2012 WL 6100306, at *10 (D. Nev. Dec. 7, 2012) (citing *Empire Blue Cross & Blue Shield v. Janet Greeson's A Place For Us, Inc.*, 62 F.3d 1217, 1219 (9th Cir.1995)). Here, the Parties' proposed modification streamlines the sealing process and eliminates the need for the Court to review multiple declarations from each side throughout the pendency of briefing related to Pacira's Motion to Reopen Discovery and the Parties' dispositive motions.

For the foregoing reasons, the Parties respectfully request the Court to enter the proposed modification to the Protective Order.

Respectfully submitted this 6th day of March, 2023.

**ALLISON MacKENZIE, LTD.**

By: /s/ *Karen A. Peterson*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV  89703

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX  77010-3095

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701-4255

Attorneys for Defendant,
RESEARCH DEVELOPMENT FOUNDATION

|     |     |     |
| --- | --- | --- |
| 1   |     | **PISANELLI BICE PLLC** |
| 2   | By: | /s/ *Debra L. Spinelli* |
|     |     | DEBRA L. SPINELLI, ESQ. |
| 3   |     | 400 South 7th Street, Suite 300 |
|     |     | Las Vegas, NV  89101 |

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
JUSTIN BOVA, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C.  20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY  10022

ANDREW WALTER, ESQ.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL  60654

Attorneys for Plaintiff,
PACIRA PHARMACEUTICALS, INC.

**PROPOSED ORDER**

The foregoing proposed modification to the Parties' Protective Order (ECF No. 44) is GRANTED.  **IT IS HEREBY ORDERED** that the Parties Protective Order, ECF No. 44, at 3:15-21, be amended to state:

> Notwithstanding the foregoing, if the filing proposed to be sealed is a motion or brief or exhibit thereto, the Parties shall, within fourteen days of completion of briefing on the underlying motion, file a joint submission (1) identifying the information to be sealed, accompanied by sufficient justification for sealing each document at issue, or (2) a notice of withdrawal of the designation(s) and consent to unsealing. The Parties' will meet and confer in preparing their joint submission. The joint submission will include a proposed public version of the sealed documents redacting only the information that the parties seek to maintain under seal.  For the avoidance of doubt, the Parties shall file any required submissions relating to briefing on Pacira's Motion to Reopen Discovery by March 28, 2023, and any required submissions relating to briefing on the Parties' dispositive motions by April 24, 2023.

**IT IS SO ORDERED**.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2023

CASE NO. 2:21-cv-02241-CDS-DJA

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Pisanelli Bice PLLC, and that on this day, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses.

DATED this 6th day of March, 2023.

*/s/ Kimberly Peets*
Kimberly Peets