Debra L. Spinelli, Esq., Bar No. 9695
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice*)
Ronald K. Anguas, Jr. (*pro hac vice*)
Justin Bova (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
gregg.locascio@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NV 10022
Telephone: (212) 446-4800
ryan.kane@kirkland.com

Andrew Walter (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
andrew.walter@kirkland.com

*Counsel for Plaintiff, Pacira Pharmaceuticals, Inc.*

Karen A. Peterson, Esq., Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
kpeterson@allisonmackenzie.com

Daniel S. Leventhal, Esq. (*pro hac vice*)
Jaime Stark, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKenney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
daniel.leventhal@nortonrosefulbright.com
jamie.stark@nortonfulbright.com

James S. Renard, Esq. (*pro hac vice*)
Brandy S. Nolan, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
james.renard@nortonfulbright.com
brandy.nolan@nortonfulbright.com

Talbot R. Hansum, Esq. (*pro hac vice*)
Zachary Wegmann, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
talbot.hansum@nortonfulbright.com
zachary.wegmann@nortonfulbright.com

*Attorneys for Defendant, Research Development Foundation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC., <br><br> Plaintiff <br><br> vs. <br><br> RESEARCH DEVELOPMENT FOUNDATION, <br><br> Defendant | Case No. 2:21-cv-02241-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTIONS (ECF Nos. 100, 102)** <br><br> **(FIRST REQUEST)** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") and Defendant Research Development Foundation ("RDF") (collectively, the "Parties"), by and through their respective counsel, and subject to this Court's approval, agree to extend the briefing schedule related to the Parties' previously filed summary judgment motions (ECF Nos. 100 and 102). This is the Parties' first request to enlarge the time to file response and reply briefs to the summary judgment motions.

To brief the issues and accommodate certain scheduling issues, the Parties seek to extend: (a) the deadline for summary judgment opposition briefs by ten (10) days; (b) the corresponding deadline for summary judgment reply briefs by an additional seven (7) days; and (c) the deadline for the Parties' joint submission relating to sealing any materials in the Parties' dispositive motions by seventeen (17) days, to fall fourteen (14) days after briefing is complete, in accordance with the operative Protective Order. The revised deadlines are shown in the table below:

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Summary Judgment Response Briefs | March 27, 2023 | April 6, 2023 |
| Summary Judgment Reply Briefs | April 10, 2023 | April 27, 2023 |
| Joint Submission Relating to Motion to Seal Briefing on the Parties' Dispositive Motions and Related Exhibits | April 24, 2023 | May 11, 2023 |

This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

Respectfully submitted this 20th day of March, 2023.

          **ALLISON MacKENZIE, LTD.**

By:   */s/ Karen A. Peterson*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV 89703

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX 77010-3095

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

Attorneys for Defendant,
RESEARCH DEVELOPMENT FOUNDATION

**PISANELLI BICE PLLC**

By:   */s/ Debra L. Spinelli*
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV 89101

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
JUSTIN BOVA, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

ANDREW WALTER, ESQ.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654

Attorneys for Plaintiff,
PACIRA PHARMACEUTICALS, INC.

# ORDER

The foregoing stipulation is GRANTED. **IT IS HEREBY ORDERED** based on the parties' foregoing stipulation and good cause shown, that the parties' summary judgment-related briefing schedule is as follows:

| Description | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Summary Judgment Response Briefs | March 27, 2023 | April 6, 2023 |
| Summary Judgment Reply Briefs | April 10, 2023 | April 27, 2023 |
| Joint Submission Relating to Motion to Seal Briefing on the Parties' Dispositive Motions and Related Exhibits | April 24, 2023 | May 11, 2023 |

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:   March 20, 2023

CASE NO. 2:21-cv-02241-CDS-DJA