Debra L. Spinelli, Esq., Bar No. 9695
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice*)
Ronald K. Anguas, Jr. (*pro hac vice*)
Justin Bova (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
gregg.locascio@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NV 10022
Telephone: (212) 446-4800
ryan.kane@kirkland.com

Andrew Walter (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
andrew.walter@kirkland.com

*Counsel for Plaintiff, Pacira Pharmaceuticals, Inc.*

Karen A. Peterson, Esq., Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
kpeterson@allisonmackenzie.com

Daniel S. Leventhal, Esq. (*pro hac vice*)
Jaime Stark, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKenney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5151
daniel.leventhal@nortonrosefulbright.com
jamie.stark@nortonfulbright.com

James S. Renard, Esq. (*pro hac vice*)
Brandy S. Nolan, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Telephone: (214) 855-8000
james.renard@nortonfulbright.com
brandy.nolan@nortonfulbright.com

Talbot R. Hansum, Esq. (*pro hac vice*)
Zachary Wegmann, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
talbot.hansum@nortonfulbright.com
zachary.wegmann@nortonfulbright.com

*Attorneys for Defendant, Research Development Foundation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>Plaintiff<br><br>v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>Defendant | Case No. 2:21-cv-02241-CDS-DJA<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CASE DEADLINES**<br><br>**[ECF No. 140]** |

Pursuant to the parties' discussions and the Court's minute order of June 2, 2023 (Dkt. No. 138), Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") and Defendant Research Development Foundation ("RDF") hereby **AGREE AND STIPULATE** as follows:

1. RDF will respond to Pacira's Interrogatory No. 20 on or before June 14, 2023.
2. RDF will make its Rule 30(b)(6) designee, Mr. Brian Crozier, available for a 3.5-hour on-the-record deposition on June 22, 2023 in accordance with the Court's Order granting Pacira's Motion to Reopen Discovery (Dkt. 136).
3. Pacira will file a supplemental brief no later than July 7, 2023.
4. RDF will file a response brief no later than July 14, 2023.

This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

Dated: June 15, 2023.                    Respectfully submitted,

By:   */s/* Debra L. Spinelli
      DEBRA L. SPINELLI, ESQ.
      **PISANELLI BICE PLLC**
      400 South 7th Street, Suite 300
      Las Vegas, Nevada 89101

      GREGG LOCASCIO, ESQ.
      RONALD K. ANGUAS, JR., ESQ.
      JUSTIN BOVA, ESQ.
      **KIRKLAND & ELLIS LLP**
      1301 Pennsylvania Avenue, N.W.,
      Washington, D.C. 20004

      RYAN KANE, ESQ.
      **KIRKLAND & ELLIS LLP**
      601 Lexington Avenue
      New York, New York 10022

      ANDREW WALTER, ESQ.
      **KIRKLAND & ELLIS LLP**
      300 North LaSalle
      Chicago, IL 60654

      *Counsel for Plaintiff*
      *Pacira Pharmaceuticals, Inc.*

1

BY:     */s/* Karen A. Peterson
           KAREN A. PETERSON, ESQ.
           **ALLISON MacKENZIE, LTD.**
           402 North Division Street
           Carson City, NV 89703

           DANIEL SCOTT LEVENTHAL, ESQ.
           JAIME STARK, ESQ.
           **NORTON ROSE FULBRIGHT US LLP**
           1301 McKinney, Suite 5100
           Houston, TX 77010-3095

           JAMES S. RENARD, ESQ.
           BRANDY S. NOLAN, ESQ.
           **NORTON ROSE FULBRIGHT US LLP**
           2200 Ross Avenue, Suite 3600
           Dallas, TX 75201-7932

           TALBOT R. HANSUM, ESQ.
           ZACHARY WEGMANN, ESQ.
           **NORTON ROSE FULBRIGHT US LLP**
           98 San Jacinto Boulevard, Suite 1100
           Austin, TX 78701-4255

           *Counsel for Defendant,*
           *Research Development Foundation*

**ORDER**

The foregoing Stipulation is GRANTED. **IT IS HEREBY ORDERED** based on the Parties' foregoing Stipulation and good cause shown, that:

1. RDF will respond to Pacira's Interrogatory No. 20 on or before June 14, 2023.
2. RDF will make its Rule 30(b)(6) designee, Mr. Brian Crozier, available for a 3.5-hour on-the-record deposition on June 22, 2023.
3. Pacira will file its supplemental brief on the pending motions for summary judgment no later than July 7, 2023.
4. RDF will file its response brief no later than July 14, 2023.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  June 15, 2023

CASE NO. 2:21-cv-02241-CDS-DJA