| | |
|---|---|
| Debra L. Spinelli, Esq., Bar No. 9695<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Tel: (702) 214-2100<br>DLS@pisanellibice.com<br><br>Gregg LoCascio (*pro hac vice*)<br>Ronald K. Anguas, Jr. (*pro hac vice*)<br>Justin Bova (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5000<br>gregg.locascio@kirkland.com<br>ronald.anguas@kirkland.com<br>justin.bova@kirkland.com<br><br>Ryan Kane (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800<br>ryan.kane@kirkland.com<br><br>Andrew Walter (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br>Tel: (312) 862-2000<br>andrew.walter@kirkland.com<br><br>*Counsel for Plaintiff,*<br>*Pacira Pharmaceuticals, Inc.* | Karen A. Peterson, Esq., Bar No. 366<br>**ALLISON MacKENZIE, LTD.**<br>402 North Division Street<br>Carson City, NV 89703<br>Tel: (775) 687-0202<br>kpeterson@allisonmackenzie.com<br><br>Daniel S. Leventhal, Esq. (*pro hac vice*)<br>Jaime Stark, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>1301 McKenney, Suite 5100<br>Houston, TX 77010<br>Tel: (713) 651-5151<br>daniel.leventhal@nortonrosefulbright.com<br>jamie.stark@nortonfulbright.com<br><br>James S. Renard, Esq. (*pro hac vice*)<br>Brandy S. Nolan, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>Tel: (214) 855-8000<br>james.renard@nortonfulbright.com<br>brandy.nolan@nortonfulbright.com<br><br>Talbot R. Hansum, Esq. (*pro hac vice*)<br>Zachary Wegmann, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Tel: (512) 474-5201<br>talbot.hansum@nortonfulbright.com<br>zachary.wegmann@nortonfulbright.com<br><br>*Attorneys for Defendant,*<br>*Research Development Foundation* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>   Plaintiff<br><br>   v.<br><br>RESEARCH DEVELOPMENT<br>FOUNDATION,<br><br>   Defendant | Case No. 2:21-cv-02241-CDS-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR BRIEFING ON MOTION FOR RECONSIDERATION**<br><br>**(FIRST REQUEST)** |

Pacira Pharmaceuticals, Inc. ("Pacira") and Research Development Foundation ("RDF"), by and through their respective counsel, and subject to this Court's approval, agree to an extension of time for RDF's reply in support of its Motion for Reconsideration (ECF No. 158, "Motion"). This is the first request for an extension of time for RDF's reply in support of its Motion.

1. RDF filed its Motion on September 5, 2023;
2. Pacira filed its Response to RDF's Motion on September 19, 2023 (ECF No. 160);
3. To fully respond to Pacira's filing and accommodate certain scheduling issues, the parties have agreed to a two-day extension for RDF's reply in support of its Motion, from September 26, 2023 to September 28, 2023.

This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

Dated: September 25, 2023                                  Respectfully submitted,

**PISANELLI BICE PLLC**

By: */s/ Debra L. Spinelli*
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV 89101

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
JUSTIN BOVA, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

ANDREW WALTER, ESQ.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654

*Counsel for Plaintiff,*
*Pacira Pharmaceuticals, Inc.*

**ALLISON MacKENZIE, LTD.**

By: */s/ Karen A. Peterson*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV 89703

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX 77010-3095

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

*Attorneys for Defendant,*
*Research Development Foundation*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' above stipulation, that RDF shall file its reply in support of its Motion for Reconsideration on or before September 28, 2023.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 27, 2023

CASE NO.: 2:21-cv-02241-CDS-DJA