Debra L. Spinelli, Esq., Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702-214-2100
Fax: 702-214-2101
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice* admitted)
Ronald K. Anguas, Jr. (*pro hac vice* admitted)
Justin Bova (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-389-5000
Fax: 202-389-5200
gregg.locascio@kirkland.com
ronald.anguas@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
Fax: 212-446-4900
ryan.kane@kirkland.com

Andrew Walter (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
andrew.walter@kirkland.com

*Counsel for Plaintiff*
*Pacira Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RESEARCH DEVELOPMENT FOUNDATION, <br><br> Defendant. | Case No. 2:21-cv-02241-CDS-DJA <br><br> **JUSTIN BOVA'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND TO BE REMOVED FROM CM/ECF SERVICE LIST** |

Pursuant to LR IA 11-6(b), Justin Bova, who has appeared *pro hac vice* in this action as counsel, respectfully moves this Court for an order permitting him to withdraw as counsel for Pacira Pharmaceuticals, Inc. ("Pacira") and to be removed from the CM/ECF service list. Research Development Foundation ("RDF") does not oppose the motion.

This Motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Justin Bova attached hereto, the pleadings and papers on file herein, and any argument adduced at any hearing of this motion.

DATED: <u>January 5, 2024</u>              Respectfully submitted,

/s/ *Debra L. Spinelli*
Debra L. Spinelli, Esq., Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice* admitted)
Ronald K. Anguas, Jr. (*pro hac vice* admitted)
Justin Bova (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gregg.locascio@kirkland.com
ronald.anguas@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
ryan.kane@kirkland.com

Andrew Walter (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
andrew.walter@kirkland.com

*Counsel for Plaintiff*
*Pacira Pharmaceuticals, Inc.*

I.  **MEMORANDUM OF POINTS AND AUTHORITIES**

    A.  <u>**Mr. Bova's Withdrawal is Appropriate.**</u>

Mr. Bova moves the Court pursuant to LR IA 11-6(b) for leave to withdraw his appearance as counsel for Pacira in the above-captioned matter. This Motion is precipitated by Mr. Bova's departure from the Kirkland & Ellis, effective January 12, 2024. Gregg LoCascio, Ronald K. Anguas, Jr., Ryan Kane, and Andrew Walter, all of Kirkland & Ellis, LLP ("Kirkland & Ellis"), and Debra L. Spinelli, of Pisanelli Bice, will remain as Pacira's counsel in this matter.

LR IA 11-6(b) provides that "[i]f an attorney seeks to withdraw after appearing in a case, the attorney must file a motion or stipulation and serve it on the affected client and opposing counsel." Kirkland & Ellis and thereby Pacira received notice of Mr. Bova's intent to withdraw from this case, and all other Kirkland & Ellis cases, upon Mr. Bova's final day of employment with Kirkland & Ellis, January 12, 2024. Research Development Foundation ("RDF") and its counsel will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the Certificate of Service attached herein. RDF's counsel was notified of this motion on January 5, 2024, and does not oppose.

Finally, LR IA 11-6(e) provides that "no withdrawal . . . will be approved if it will result in delay of discovery, the trial, or any hearing in the case." Here, no delay of any kind will result from Mr. Bova's withdrawal, as Messrs. LoCascio, Anguas, Kane, and Walter of Kirkland & Ellis, and Ms. Spinelli of Pisanelli Bice, will continue as counsel for Pacira. Mr. Bova's withdrawal will not prejudice either party or delay any proceeding in this matter.

    B.  <u>**Removal of Mr. Bova from the CM/ECF Service List Is Also Appropriate.**</u>

Given Mr. Bova's withdrawal in this matter, the ministerial act of removing his name from the email service list is appropriate because Mr. Bova will no longer represent any party in this action.

II.  **CONCLUSION**

For the reasons set forth above, Mr. Bova respectfully requests this Court enter an Order approving his withdrawal as a representing attorney for Pacira in the instant matter; and removal of justin.bova@kirkland.com from the CM/ECF service list.

DATED: January 5, 2024

Respectfully submitted,

*/s/ Debra L. Spinelli*
Debra L. Spinelli, Esq., Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice* admitted)
Ronald K. Anguas, Jr. (*pro hac vice* admitted)
Justin Bova (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
gregg.locascio@kirkland.com
ronald.anguas@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
ryan.kane@kirkland.com

Andrew Walter (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
andrew.walter@kirkland.com

*Counsel for Plaintiff*
*Pacira Pharmaceuticals, Inc.*

**IT IS SO ORDERED**.

DATED: 1/8/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of Pisanelli Bice PLLC and that on January 5, 2024, and pursuant to Fed. R. Civ. P. 5, a copy of the foregoing was served via the Court's electronic filing system to all parties listed for CM/ECF service.

/s/ *Cinda Towne*
Cinda Towne

Debra L. Spinelli, Esq., Bar No. 9695
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Tel: 702-214-2100
Fax: 702-214-2101
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice* admitted)
Ronald K. Anguas, Jr. (*pro hac vice* admitted)
Justin Bova (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-389-5000
Fax: 202-389-5200
gregg.locascio@kirkland.com
ronald.anguas@kirkland.com
justin.bova@kirkland.com

Ryan Kane (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: 212-446-4800
Fax: 212-446-4900
ryan.kane@kirkland.com

Andrew Walter (*pro hac vice* admitted)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: 312-862-2000
Fax: 312-862-2200
andrew.walter@kirkland.com

*Counsel for Plaintiff*
*Pacira Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>Defendant. | Case No. 2:21-cv-02241-CDS-DJA<br><br>**DECLARATION OF JUSTIN BOVA IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND TO BE REMOVED FROM CM/ECF SERVICE LIST** |

I, Justin Bova, declare under penalty of perjury:

1. I am an attorney duly admitted to practice law in the State of New York and am admitted *pro hac vice* in this Court.

2. I am associated with the law firm of Kirkland & Ellis LLP, and one of the counsel of record for Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") in this action.

3. I have personal knowledge of the facts stated in this declaration, and if called upon to do so, could and would competently testify thereto.

4. I make this declaration in support of my Motion to Withdraw as Counsel and To Be Removed from the CM/ECF Service List.

5. As of January 12, 2024, I will no longer be employed with Kirkland & Ellis LLP.

6. Gregg LoCascio, Ronald K. Anguas, Jr., Ryan Kane, and Andrew Walter, of Kirkland & Ellis LLP, will remain as counsel for Pacira notwithstanding my withdrawal. Debra L. Spinelli, of Pisanelli Bice, also will remain as Pacira's counsel in this matter.

7. My withdrawal will not result in delay of discovery, hearings, or any trials in this action.

8. On January 5, 2024, counsel for Research Development Foundation was notified of my Motion to Withdraw as Counsel and To Be Removed from the CM/ECF Service List and noted that they were unopposed to the Motion.

I declare under penalty of perjury of the laws of the State of Nevada that the foregoing is true and correct.

EXECUTED this 5 day of January, 2024.

*/s/ Justin Bova*
JUSTIN BOVA