Debra L. Spinelli, Esq., Bar No. 9695
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: (702) 214-2100
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice*)
Ronald K. Anguas, Jr. (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000
gregg.locascio@kirkland.com
ronald.anguas@kirkland.com

Ryan Kane (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com

*Counsel for Plaintiff,*
*Pacira Pharmaceuticals, Inc.*

Karen A. Peterson, Esq., Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Tel: (775) 687-0202
kpeterson@allisonmackenzie.com

Tamara Beatty Peterson, Esq., Bar No. 5218
**PETERSON BAKER, PLLC**
701 S. 7th Street
Las Vegas, NV 89101
Tel: (702) 786-1001
tpeterson@petersonbaker.com

Daniel S. Leventhal, Esq. (*pro hac vice*)
Jaime Stark, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1301 McKenney, Suite 5100
Houston, TX 77010
Tel: (713) 651-5151
daniel.leventhal@nortonrosefulbright.com
jamie.stark@nortonfulbright.com

James S. Renard, Esq. (*pro hac vice*)
Brandy S. Nolan, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8000
james.renard@nortonfulbright.com
brandy.nolan@nortonfulbright.com

*Attorneys for Defendant,*
*Research Development Foundation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC., <br><br> Plaintiff <br><br> v. <br><br> RESEARCH DEVELOPMENT FOUNDATION, <br><br> Defendant | Case No. 2:21-cv-02241-CDS-DJA <br><br> **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR PACIRA'S MOTION TO STRIKE JURY DEMAND (ECF NO. 173)** <br><br> [ECF No. 175] |

Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") and Defendant Research Development Foundation ("RDF") (collectively, the "Parties"), by and through their respective counsel, and subject to this Court's approval, agree to an extension of time for Pacira's reply in support of its Motion to Strike Jury Demand (ECF No. 173, "Motion"). This is the first request for an extension of time for Pacira's reply in support of its Motion.

1. Pacira filed its Motion on February 26, 2024;

2. RDF filed its Response to Pacira's Motion on March 11, 2024 (ECF No. 174);

3. The parties have agreed to a two-day extension for Pacira's reply, from March 18, 2024 to March 20, 2024.

This Stipulation is made in good faith, with good cause, and not intended to cause delay.

Dated: March 14, 2024

Respectfully submitted,

**PISANELLI BICE PLLC**

By: /s/ Debra L. Spinelli
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV 89101

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

*Counsel for Plaintiff,*
*Pacira Pharmaceuticals, Inc.*

**ALLISON MacKENZIE, LTD.**
By: /s/ Daniel Scott Leventhal
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV 89703

TAMARA BEATTY PETERSON, ESQ.
**PETERSON BAKER, PLLC**
701 South 7th Street
Las Vegas, NV 89101

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1301 McKinney, Suite 5100
Houston, TX 77010-3095

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

*Attorneys for Defendant,*
*Research Development Foundation*

## ORDER

The foregoing stipulation [ECF No. 175] is GRANTED. **IT IS HEREBY ORDERED**, based on the parties' stipulation, that Pacira shall file its reply in support of its Motion to Strike Jury Demand on or before March 20, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 15, 2024
CASE NO. 2:21-cv-02241-CDS-DJA