| | |
|---|---|
| KAREN A. PETERSON, ESQ.<br>Nevada State Bar No. 366<br>**ALLISON MacKENZIE, LTD.**<br>402 North Division Street<br>Carson City, NV 89703<br>Telephone: (775) 687-0202<br>Email: kpeterson@allisonmackenzie.com | DANIEL S. LEVENTHAL, ESQ. (*pro hac vice*)<br>JAIME STARK, ESQ. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>1550 Lamar, Suite 2000<br>Houston, TX 77010-4106<br>Telephone: (713) 651-5151<br>Email: daniel.leventhal@nortonrosefulbright.com<br>Email: jaime.stark@nortonrosefulbright.com |
| TAMARA BEATTY PETERSON, ESQ.,<br>Nevada State Bar No. 5218<br>**PETERSON BAKER, PLLC**<br>701 S. 7th Street<br>Las Vegas, NV 89101<br>Telephone: (702) 786-1001<br>Email: tpeterson@petersonbaker.com | JAMES S. RENARD, ESQ. (*pro hac vice*)<br>BRANDY S. NOLAN, ESQ. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201-7932<br>Telephone: (214) 855-8000<br>Email: james.renard@nortonrosefulbright.com<br>Email: brandy.nolan@nortonrosefulbright.com |
| | TALBOT R. HANSUM, ESQ. (*pro hac vice*)<br>ZACHARY WEGMANN, ESQ. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701-4255<br>Telephone: (512) 474-5201<br>Email: talbot.hansum@nortonrosefulbright.com<br>Email: zachary.wegmann@nortonrosefulbright.com |

Attorneys for Defendant,
RESEARCH DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>    Defendant. | Case No. 2:21-cv-02241-CDS-DJA<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL AND REOPEN DISCOVERY** |

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202   Fax: (775) 882-7918
Email Address: law@allisonmackenzie.com

# **INDEX OF EXHIBITS**

| **Exhibit No.** | **Description** | **No. of Pages** |
|---|---|---|
| 1 | Declaration of Daniel Leventhal | 5 |
| 2 | 2024.04.16 Letter from Leventhal to Kane | 2 |
| 3 | 2024.04.26 Letter from Kane to Leventhal | 4 |
| 4 | Excerpt of Defendants' Closing Statement Slides, *eVenus* case, Dkt. 378 (D.N.J. May 8, 2024) | 2 |
| 5 | 2024.05.21 Letter from Leventhal to Kane | 3 |
| 6 | 2024.05.31 Letter from Kane to Leventhal | 3 |
| 7 | Excerpt of Defendants' Proposed Findings of Fact, *eVenus* case, Dkt. 384-4 (D.N.J. May 24, 2024) | 15 |
| 8 | Excerpt of Pacira's Proposed Findings of Fact, *eVenus* case, Dkt. 384-5 (D.N.J. May 24, 2024) | 7 |
| 9 | Excerpt of Pacira Complaint, *eVenus* case, Dkt. 1 (D.N.J. Nov. 8, 2021) | 6 |
| 10 | Excerpt of Defendants' Brief in Support of Their Motion to Compel Discovery, *eVenus* case, Dkt. 193 (D.N.J. June 20, 2023) | 6 |
| 11 | Excerpt of Pacira's Motion to Seal, *eVenus* case, Dkt. 354 (D.N.J. Mar. 1, 2024) | 5 |
| 12 | Excerpt of Redacted Defendants' First Amended Answer, Affirmative Defenses, and Counterclaims to First Amended Complaint, *eVenus* case, Dkt. 183 (D.N.J. May 13, 2023) | 8 |
| 13 | Defendants' Notice of Motion for Leave to Amend Answer, *eVenus* case, Dkt. 112 (D.N.J. Dec. 20, 2022) | 3 |
| 14 | Pacira's Rule 26(a) Initial Disclosures | 6 |
| 15 | Excerpt of RDF's First Set of Requests for Production (Nos. 1–25) | 3 |
| 16 | Excerpt of Pacira's Response to RDF's First Set of Requests for Production (Nos. 1–25) | 7 |
| 17 | Excerpt of 2022.06.22 Letter from Walter to Hansum | 2 |
| 18 | Excerpt of 2022.07.06 Letter from Walter to Hansum | 3 |
| 19 | RDF's Second Set of Requests for Production (No. 26) | 6 |
| 20 | Pacira's Response to RDF's Second Set of Requests for Production (No. 26) | 5 |
| 21 | Excerpt of 2022.09.23 Ho Opening Expert Report | 5 |
| 22 | Excerpt of 2022.09.23 Thomas Opening Expert Report | 4 |
| 23 | Excerpt of 2023.01.10 Los Deposition | 6 |

DATED this 26th day of June, 2024.

**ALLISON MacKENZIE, LTD.**

By:   */s/ Karen A. Peterson*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV 89703

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar, Suite 2000
Houston, TX 77010-4106

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

TAMARA BEATTY PETERSON, ESQ.
**PETERSON BAKER, PLLC**
701 S. 7th Street
Las Vegas, NV 89101
tpeterson@petersonbaker.com

Attorneys for Defendant,
RESEARCH DEVELOPMENT FOUNDATION

ALLISON MacKENZIE, LTD.
402 North Division Street, P.O. Box 646, Carson City, NV 89702
Telephone: (775) 687-0202   Fax: (775) 882-7918
Email Address: law@allisonmackenzie.com

## **CERTIFICATE OF SERVICE**

I hereby certify that that I am an employee of ALLISON MacKENZIE, LTD., and that on this day, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, and that service will be accomplished on all counsel and persons requesting notice by the Court CM/ECF system, which will send notification of such filing to their email addresses.

DATED this 26th day of June, 2024.

By: */s/ Nancy Fontenot*
NANCY FONTENOT

- 3 -