# EXHIBIT 4





# DEFENDANTS' CLOSING STATEMENT

May 7, 2024

Case Nos. 2:21-cv-19829 & 2:22-cv-00718 (consolidated)

DISTRICT OF NEW JERSEY

**Hon. Madeline Cox Arleo**

# Pacira's 45-L Data

- '495 Patent (JTX-4121)
- Los Spreadsheet (JTX-4037)
- Ardekani Data (DTX-2465)
- All Identified 25 °C Storage Data (DTX-3110)

DDX-5.41