| | |
|---|---|
| Debra L. Spinelli, Esq., Bar No. 9695<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Tel: (702) 214-2100<br>DLS@pisanellibice.com | Karen A. Peterson, Esq., Bar No. 366<br>**ALLISON MacKENZIE, LTD.**<br>402 North Division Street<br>Carson City, NV 89703<br>Tel: (775) 687-0202<br>kpeterson@allisonmackenzie.com |
| Gregg LoCascio (*pro hac vice*)<br>Ronald K. Anguas, Jr. (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5000<br>gregg.locascio@kirkland.com<br>ronald.anguas@kirkland.com | Daniel S. Leventhal, Esq. (*pro hac vice*)<br>Jaime Stark, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>1550 Lamar Street, Suite 2000<br>Houston, TX 77010-4106<br>Tel: (713) 651-5151<br>daniel.leventhal@nortonrosefulbright.com<br>jamie.stark@nortonfulbright.com |
| Ryan Kane (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800<br>ryan.kane@kirkland.com<br><br>*Counsel for Plaintiff,*<br>*Pacira Pharmaceuticals, Inc.* | James S. Renard, Esq. (*pro hac vice*)<br>Brandy S. Nolan, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>Tel: (214) 855-8000<br>james.renard@nortonfulbright.com<br>brandy.nolan@nortonfulbright.com |
| | Talbot R. Hansum, Esq. (*pro hac vice*)<br>Zachary Wegmann, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Tel: (512) 474-5201<br>talbot.hansum@nortonfulbright.com<br>zachary.wegmann@nortonfulbright.com |
| | *Attorneys for Defendant,*<br>*Research Development Foundation* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>RESEARCH DEVELOPMENT<br>FOUNDATION,<br><br>    Defendant. | Case No. 2:21-cv-02241-CDS-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR PACIRA'S OPPOSITIONS TO RDF'S MOTION TO COMPEL AND RDF'S MOTION TO CONTINUE (ECF NOS. 181, 184)** |

Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") and Defendant Research Development Foundation ("RDF") (collectively, the "Parties"), by and through their respective counsel, and subject to this Court's approval, agree to an extension of time for Pacira's oppositions to RDF's Motion to Compel and Reopen Discovery (ECF No. 184) and RDF's Motion to Continue or Vacate Trial Setting (ECF No. 181) (collectively, the "Motions"). This is the first request for an extension of time for Pacira's oppositions to RDF's Motions.

1. RDF filed its Motions on June 26, 2024;

2. To fully respond to RDF's filings, and in light of the Independence Day holiday, the Parties have agreed to a seven-day extension for Pacira's oppositions to the Motions, from July 10, 2024 to July 17, 2024.

This Stipulation is made in good faith, with good cause, and not intended to cause delay.

Dated: July 2, 2024                                            Respectfully submitted,

**PISANELLI BICE PLLC**

By: */s/ Debra L. Spinelli*
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV 89101

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

*Counsel for Plaintiff,*
*Pacira Pharmaceuticals, Inc.*

1

PETERSON BAKER, PLLC

By: */s/ Tamara Beatty Peterson*
701 South 7th Street
Las Vegas, NV 89101

KAREN A. PETERSON, ESQ.
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010-4106

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

*Attorneys for Defendant,
Research Development Foundation*

## ORDER

The foregoing Stipulation is GRANTED. **IT IS HEREBY ORDERED** based on the Parties' foregoing Stipulation, that Pacira shall file its opposition to RDF's motion to compel and reopen discovery and its opposition to RDF's motion to continue or vacate trial setting on or before July 17, 2024.

**IT IS SO ORDERED**.

_____
The Honorable Daniel Albregts

DATED: 7/9/024

CASE NO. 2:21-cv-02241-CDS-DJA

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Pisanelli Bice PLLC and that on the 2nd day of July 2024, and pursuant to Fed. R. Civ. P. 5, a copy of the foregoing document was served via the Court's electronic filing system to all parties listed for CM/ECF service.

/s/ Cinda Towne
Cinda Towne