KAREN A. PETERSON, ESQ.
Nevada State Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Telephone: (775) 687-0202
Email: kpeterson@allisonmackenzie.com

TAMARA BEATTY PETERSON, ESQ.,
Nevada State Bar No. 5218
**PETERSON BAKER, PLLC**
701 S. 7th Street
Las Vegas, NV 89101
Telephone: (702) 786-1001
Email: tpeterson@petersonbaker.com

DANIEL S. LEVENTHAL, ESQ. (*pro hac vice*)
JAIME STARK, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar, Suite 2000
Houston, TX 77010-4106
Telephone: (713) 651-5151
Email: daniel.leventhal@nortonrosefulbright.com
Email: jaime.stark@nortonrosefulbright.com

JAMES S. RENARD, ESQ. (*pro hac vice*)
BRANDY S. NOLAN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Email: james.renard@nortonrosefulbright.com
Email: brandy.nolan@nortonrosefulbright.com

TALBOT R. HANSUM, ESQ. (*pro hac vice*)
ZACHARY WEGMANN, ESQ. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255
Telephone: (512) 474-5201
Email: talbot.hansum@nortonrosefulbright.com
Email: zachary.wegmann@nortonrosefulbright.com

Attorneys for Defendant,
RESEARCH DEVELOPMENT FOUNDATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>　　　　　Defendant | Case No. 2:21-cv-02241-CDS-DJA<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE AND PAGE LIMITS FOR *DAUBERT* MOTIONS**<br><br>[ECF No. 213] |

Pacira Pharmaceuticals, Inc. ("Pacira") and Research Development Foundation ("RDF") (collectively, the "Parties"), by and through their respective counsel, and subject to this Court's approval, agree to a briefing schedule and page limits on the Parties' *Daubert* motions. This is the first request to set a briefing schedule related to these motions.

1. The single, consolidated motion *in limine* shall not include *Daubert* motions. Instead, each party may file one *Daubert* motion as to each opposing party's expert.

2. The Parties' *Daubert* motions are due Friday, August 9, 2024. Each *Daubert* motion must not exceed 24 pages.

3. Responses to *Daubert* motions are due Friday, August 23, 2024, with the same page limits as set forth in Paragraph 2.

4. Replies in support of *Daubert* motions are due Wednesday, August 28, 2024. Each reply must not exceed 12 pages.

5. RDF joins in this stipulation without prejudice to its pending motions at Dkts. 181 and 184. This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying discovery or trial.

Dated: August 8, 2024                    Respectfully submitted,

**PISANELLI BICE PLLC**

By: */s/Debra L. Spinelli*
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV 89101

GREGG LOCASCIO, ESQ.
RONALD K. ANGUAS, JR., ESQ.
JUSTIN BOVA, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

RYAN KANE, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

*Counsel for Plaintiff,
Pacira Pharmaceuticals, Inc.*

**ALLISON MacKENZIE, LTD.**

By: */s/Karen A. Peterson*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV 89703

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar, Suite 2000
Houston, TX 77010-4106

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

TAMARA BEATTY PETERSON, ESQ.
**PETERSON BAKER, PLLC**
701 S. 7th Street
Las Vegas, NV 89101
tpeterson@petersonbaker.com

*Counsel for Defendant,*
*Research Development Foundation*

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' above stipulation, that:

1. The single, consolidated motion *in limine* shall not include *Daubert* motions. Instead, each party may file one *Daubert* motion as to each opposing party's expert.
2. The Parties' *Daubert* motions are due Friday, August 9, 2024.  Each *Daubert* motion must not exceed 24 pages.
3. Responses to *Daubert* motions are due Friday, August 23, 2024, with the same page limits as set forth in Paragraph 2.
4. Replies in support of *Daubert* motions are due Wednesday, August 28, 2024. Each reply must not exceed 12 pages.
5. RDF joins in this stipulation without prejudice to its pending motions at Dkts. 181 and 184.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2024

CASE NO.:  2:21-cv-02241-CDS-DJA