UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Pacira Pharmaceuticals, Inc., | Case No. 2:21-cv-02241-CDS-NJK |
| Plaintiff | **Order Granting Unopposed Motions** |
| v. | |
| Research Development Foundation, | [ECF Nos. 223, 254, 278, 290] |
| Defendant | |

In advance of the bench trial in this matter commencing on September 23, 2024, the court grants the parties' respective unopposed motions.

Defendant Research Development Foundation's ("RDF") motion in limine to exclude portions of Mark Edwards's opinions and testimony. ECF No. 223 (sealed); ECF No. 254 (unsealed). Because plaintiff Pacira Pharmaceuticals, Inc. filed a notice of non-opposition (ECF No. 260), the motions **[ECF Nos. 223, 254] are granted**.

RDF's motion for leave to file its reply in support of its motions in limine **[ECF No. 278]** and Pacira's motion for leave to file a reply in support of its omnibus motion in limine **[ECF No. 290] are granted** as unopposed.

Dated: September 10, 2024

_____
Cristina D. Silva
United States District Judge