UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Pacira Pharmaceuticals, Inc.,

        Plaintiff

  v.

Research Development Foundation,

        Defendant

Case No. 2:21-cv-02241-CDS-DJA

**Order Granting Plaintiff's Motion for Clarification**

[ECF No. 314]

On September 21, 2024, plaintiff Pacira Pharmaceuticals, Inc. filed a motion for clarification. ECF No. 314. For the reasons set forth on the record on September 23, 2024, the motion is granted. The court intends to follow the holding in *Galardi v. Naples Polaris, LLC* permitting the introduction of trade usage and industry customs in interpreting the contracts even when the contract at-issue has been deemed unambiguous. 301 P.3d 364, 369 (2013).

Dated: September 23, 2024

_____
Cristina D. Silva
United States District Judge