# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC., <br><br>　　　Plaintiff(s), <br><br>v. <br><br>RESEARCH DEVELOPMENT FOUNDATION, <br><br>　　　Defendant(s). | Case No. 2:21-cv-02241-CDS-NJK <br><br>**Order** <br><br>[Docket No. 357] |

　　　Pending before the Court is an unopposed motion to remove attorney Ronald Anguas as counsel of record, Docket No. 357, which is GRANTED.

　　　IT IS SO ORDERED.

　　　Dated: October 15, 2024

_____
Nancy J. Koppe
United States Magistrate Judge