| | |
|---|---|
| Debra L. Spinelli, Esq., Bar No. 9695<br>**PISANELLI BICE PLLC**<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Tel: (702) 214-2100<br>DLS@pisanellibice.com | Karen A. Peterson, Esq., Bar No. 366<br>**ALLISON MacKENZIE, LTD.**<br>402 North Division Street<br>Carson City, NV 89703<br>Tel: (775) 687-0202<br>kpeterson@allisonmackenzie.com |
| Gregg LoCascio (*pro hac vice*)<br>Grace C. Brier (*pro hac vice*)<br>Mary-Kathryn P. Hawes (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>Tel: (202) 389-5000<br>gregg.locascio@kirkland.com<br>grace.brier@kirkland.com<br>mk.hawes@kirkland.com | Daniel S. Leventhal, Esq. (*pro hac vice*)<br>Jaime Stark, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>1550 Lamar Street, Suite 2000<br>Houston, TX 77010-4106<br>Tel: (713) 651-5151<br>daniel.leventhal@nortonrosefulbright.com<br>jamie.stark@nortonfulbright.com |
| Ryan Kane (*pro hac vice*)<br>Mara L. Greenberg (*pro hac vice*)<br>Michael DelRossi (*pro hac vice*)<br>Annie Chan (*pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 446-4800<br>ryan.kane@kirkland.com<br>mara.greenberg@kirkland.com<br>michael.delrossi@kirkland.com<br>annie.chan@kirkland.com | James S. Renard, Esq. (*pro hac vice*)<br>Brandy S. Nolan, Esq. (*pro hac vice*)<br>**NORTON ROSE FULBRIGHT US LLP**<br>2200 Ross Avenue, Suite 3600<br>Dallas, TX 75201<br>Tel: (214) 855-8000<br>james.renard@nortonfulbright.com<br>brandy.nolan@nortonfulbright.com<br><br>[Additional Counsel Listed on Signature Page]<br><br>*Attorneys for Defendant,*<br>*Research Development Foundation* |
| *Counsel for Plaintiff,*<br>*Pacira Pharmaceuticals, Inc.* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC.,<br><br>      Plaintiff<br><br>v.<br><br>RESEARCH DEVELOPMENT FOUNDATION,<br><br>      Defendant | Case No. 2:21-cv-02241-CDS-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR OPENING BRIEFS, FINDINGS OF FACT, AND CONCLUSIONS OF LAW**<br><br>**(FIRST REQUEST)** |

Pacira Pharmaceuticals, Inc. ("Pacira") and Research Development Foundation ("RDF"), by and through their respective counsel, and subject to this Court's approval, agree to an extension of the briefing schedule on the parties' Opening Briefs, Findings of Fact, and Conclusions of Law (ECF No. 342, "Post-Trial Briefing"). This is the first request for an extension related to the Post-Trial Briefing.

1. The Post-Trial Briefing is currently due on November 13, 2024 and Responses to the Opening Briefs are currently due on December 17, 2024 (ECF No. 342);

2. To fully digest and incorporate all of the evidence from trial, and to accommodate certain scheduling issues, the parties have agreed to a one-week extension for Post-Trial Briefing, from November 13, 2024 to November 20, 2024.

3. The parties do not currently seek an extension of the deadline for Responses to the Opening Briefs. The parties will jointly confer regarding whether a minimal extension to the deadline for Responses to the Opening Briefs is necessary once they have reviewed the Opening Briefs and, to the extent they believe an extension is necessary, will seek leave of Court at that time.

This Stipulation is made in good faith, with good cause, and not for purposes of unduly delaying post-trial activities.

Dated: November 4, 2024                                          Respectfully submitted,

**PISANELLI BICE PLLC**

By: /s/ *Debra L. Spinelli*
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV 89101

GREGG LOCASCIO, ESQ.
GRACE C. BRIER, ESQ.
MARY-KATHRYN P. HAWES, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

RYAN KANE, ESQ.
MARA L. GREENBERG, ESQ.
MICHAEL DELROSSI, ESQ.
ANNIE CHAN, ESQ.

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

*Counsel for Plaintiff,*
*Pacira Pharmaceuticals, Inc.*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Daniel S. Leventhal*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV 89703

TAMARA BEATTY PETERSON, ESQ.
**PETERSON BAKER, PLLC**
701 South 7th Street
Las Vegas, NV 89101

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010-4106

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
GABRIEL CULVER, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

NATHANIEL MANNEBACH, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota 55402

*Attorneys for Defendant,*
*Research Development Foundation*

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, based on the parties' above stipulation, that the parties' Opening Briefs, Findings of Fact, and Conclusions of Law must be filed on or before November 20, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 6, 2024

CASE NO.: 2:21-cv-02241-CDS-NJK