UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Pacira Pharmaceuticals, Inc., | Case No. 2:21-cv-02241-CDS-NJK |
| Plaintiff | **Order Addressing Joint Motions and Joint Stipulation** |
| v. | |
| Research Development Foundation, | [ECF Nos. 347, 351, 354, 363] |
| Defendant | |

    The parties filed a series of joint motions and a joint stipulation relating to sealing several documents relevant to the September 2024 trial and supplementing the record with several interrogatory responses. ECF No. 347; ECF No. 351; ECF No. 354; ECF No. 363. All of these filings were discussed at the November 6, 2024, hearing.

    During the hearing I confirmed with the parties that they were seeking redactions, not the sealing of documents, and I agree to the reasoning provided in the motions at ECF No. 347 and ECF No. 351. Therefore, these motions are granted to the extent that they are redacting certain documents. Accordingly, the motions to redact Exhibits A, B, C and D are granted. The unredacted versions of these exhibits, docketed at ECF Nos. 348 and 350, shall remained sealed.

    I also grant the stipulation at ECF No. 363.

    Finally, I deny without prejudice the motion at ECF No. 354 seeking to redact trial exhibits. However, as discussed with parties during the hearing the motion, if any person seeks to access to or a copy of the trial exhibits discussed in ECF No. 354, they must seek leave of court.

## Conclusion

IT IS THEREFORE ORDERED that the joint motions to seal **[ECF No. 347]** and **[ECF No. 351]** are GRANTED.

IT IS FURTHER ORDERED that the joint stipulation related to admission of interrogatory responses **[ECF No. 363]** is GRANTED.

IT IS FURTHER ORDERED that the joint motion to seal **[ECF No. 354] is DENIED.** without prejudice. However, if any person seeks to access to or a copy of the trial exhibits discussed in ECF No. 354, they must seek leave of court.

Dated: November 7, 2024

_____
Cristina D. Silva
United States District Judge