Debra L. Spinelli, Esq., Bar No. 9695
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Tel: (702) 214-2100
DLS@pisanellibice.com

Gregg LoCascio (*pro hac vice*)
Grace C. Brier (*pro hac vice*)
Mary-Kathryn P. Hawes (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 389-5000
gregg.locascio@kirkland.com
grace.brier@kirkland.com
mk.hawes@kirkland.com

Ryan Kane (*pro hac vice*)
Mara L. Greenberg (*pro hac vice*)
Michael DelRossi (*pro hac vice*)
Annie Chan (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
ryan.kane@kirkland.com
mara.greenberg@kirkland.com
michael.delrossi@kirkland.com
annie.chan@kirkland.com

*Counsel for Plaintiff,*
*Pacira Pharmaceuticals, Inc.*

Karen A. Peterson, Esq., Bar No. 366
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
Tel: (775) 687-0202
kpeterson@allisonmackenzie.com

Daniel S. Leventhal, Esq. (*pro hac vice*)
Jaime Stark, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010-4106
Tel: (713) 651-5151
daniel.leventhal@nortonrosefulbright.com
jamie.stark@nortonfulbright.com

James S. Renard, Esq. (*pro hac vice*)
Brandy S. Nolan, Esq. (*pro hac vice*)
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
Tel: (214) 855-8000
james.renard@nortonfulbright.com
brandy.nolan@nortonfulbright.com

[Additional Counsel Listed on Signature Page]

*Attorneys for Defendant,*
*Research Development Foundation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PACIRA PHARMACEUTICALS, INC., <br><br> Plaintiff <br><br> v. <br><br> RESEARCH DEVELOPMENT FOUNDATION, <br><br> Defendant | Case No. 2:21-cv-02241-CDS-NJK <br><br> **STIPULATION AND ORDER TO EXTEND SCHEDULE FOR PARTIES TO FILE REDACTED VERSIONS OF OPENING AND RESPONSIVE POST-TRIAL BRIEFS AND FINDINGS OF FACT AND CONCLUSIONS OF LAW (SECOND REQUEST)** <br><br> [ECF No. 371] |

1  Plaintiff Pacira Pharmaceuticals, Inc. ("Pacira") and Defendant Research Development Foundation ("RDF"), by and through their respective counsel, and subject to this Court's approval, agree to an extension of time to file redacted versions of their Opening and Responsive Post-Trial Briefs and Findings of Fact and Conclusions of Law. This is the second request for an extension of time related to the parties' Post-Trial Briefs and Findings of Fact and Conclusions of Law.

The parties will file their Opening Post-Trial Briefs and Findings of Fact and Conclusions of Law on November 20, 2024. The parties currently expect to file their Responsive Post-Trial Briefs on December 17, 2024. The parties anticipate that the forthcoming filings will contain material designated as Confidential or Highly Confidential by the opposing party, requiring multiple declarations pursuant to the operative Protective Order. To limit the number of declarations submitted and consolidate the parties' justifications for seeking to file materials under seal, the parties have agreed to file redacted versions of their Opening and Responsive Post-Trial Briefs and Findings of Fact and Conclusions of Law by **January 3, 2025**. This Stipulation is made in good faith, with good cause, and not intended to cause delay.

Dated: November 19, 2024

Respectfully submitted,

**PISANELLI BICE PLLC**

By: /s/ Debra L. Spinelli
DEBRA L. SPINELLI, ESQ.
400 South 7th Street, Suite 300
Las Vegas, NV 89101

GREGG LOCASCIO, ESQ.
GRACE C. BRIER, ESQ.
MARY-KATHRYN P. HAWES, ESQ.
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

RYAN KANE, ESQ.
MARA L. GREENBERG, ESQ.
MICHAEL DELROSSI, ESQ.
ANNIE CHAN, ESQ.
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022

*Counsel for Plaintiff,
Pacira Pharmaceuticals, Inc.*

**ALLISON MacKENZIE, LTD.**

By: /s/ *Gabriel Culver*
KAREN A. PETERSON, ESQ.
402 North Division Street
Carson City, NV 89703

TAMARA BEATTY PETERSON, ESQ.
**PETERSON BAKER, PLLC**
701 South 7th Street
Las Vegas, NV 89101

DANIEL SCOTT LEVENTHAL, ESQ.
JAIME STARK, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010-4106

JAMES S. RENARD, ESQ.
BRANDY S. NOLAN, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932

TALBOT R. HANSUM, ESQ.
ZACHARY WEGMANN, ESQ.
GABRIEL CULVER, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701-4255

NATHANIEL MANNENBACH, ESQ.
**NORTON ROSE FULBRIGHT US LLP**
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota 55402

*Attorneys for Defendant,*
*Research Development Foundation*

## ORDER

The parties' stipulation [ECF No. 371] is approved. **IT IS HEREBY ORDERED** that the parties must file redacted versions of their Opening and Responsive Post-Trial Briefs and Findings of Fact and Conclusions of Law by **January 3, 2025**.

_____
Cristina D. Silva
United States District Judge

DATED:   November 20, 2024