# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Pacira Pharmaceuticals, Inc., | Case No. 2:21-cv-02241-CDS-NJK |
| Plaintiff | **Order Approving Parties' Joint Stipulation Regarding Plaintiff's Bill of Costs** |
| v. | |
| Research Development Foundation, | [ECF No. 426] |
| Defendant | |

During a June 26, 2025 hearing that included a discussion about plaintiff Pacira Pharmaceuticals, Inc.'s bill of costs, the parties reached an agreement on this previously disputed issue. ECF No. 424. I ordered the parties to submit an unopposed or joint stipulation of the bill of costs. *Id.* They submitted a joint stipulation. ECF No. 426. In it, the parties agreed that Pacira's fees for printed or electronically recorded transcripts necessarily obtained for use in the case total $30,310.58, and Pacira's fees and disbursements for printing total $27,088.32. *Id.* at 2. Thus, the taxation of costs under 28 U.S.C. § 1920 totals $57,398.90. *Id.*

## Conclusion

IT IS THEREFORE ORDERED that the parties' joint stipulation regarding Pacira's bill of costs **[ECF No. 426] is APPROVED.** RDF is ordered to pay Pacira $57,398.90 pursuant to 28 U.S.C. § 1920.

Dated: August 28, 2025

_____
Cristina D. Silva
United States District Judge